UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:05 pm, Dec 08, 2020

UNITED STATES OF AMERICA,

      Plaintiff,

                                      Case No. 2:18-cr-22

vs.

CLARE GRADY,

      Defendant.

## ORDER

AND NOW, this _____ day of December, 2020, and in

consideration of Defendant's motion to seal motion and affidavit for

permission to proceed on appeal *in forma pauperis*, it is hereby Ordered and

Decreed that said motion is GRANTED.  The motion to proceed *in forma*

*pauperis* is to be filed under seal.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA