# In the United States District Court for the Southern District of Georgia Brunswick Division

UNITED STATES OF AMERICA,

v.

CLARE THERESE GRADY,

    Defendant.

CR 218-022-3

### ORDER

Before the Court is a Motion for Release of Bond Deposit filed by Susan Hagedorn. Dkt. No. 1112. On July 11, 2018, Ms. Hagedorn deposited $5,000.00 cash as security on the appearance bond for Defendant Clare Grady. Dkt. Nos. 183-86. There being no forfeiture of the bond, and the Government having no objection to the motion, Ms. Hagedorn's motion is **GRANTED**.

It is hereby **ORDERED** that the cash collateral in the amount of $5,000.00 posted by Ms. Hagedorn for Defendant, plus accrued interest, be returned to Susan Hagedorn at P.O. Box 1629, Block Island, Rhode Island 02807.

**SO ORDERED**, this 11 day of August, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA